**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN-N-OUT BURGERS,
a California corporation,

       Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS,
IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No. 1:25-cv-4767
Hon Jeffrey I. Cummings

---

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff In-N-Out Burgers ("Plaintiff") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of Section 32 of the Lanham Act, 15 U.S.C. § 1114, and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Respectfully submitted,

Dated:      May 12, 2025             By:   /s/ Brian D. Wassom

Brian D. Wassom (P60381)
WARNER NORCROSS + JUDD LLP
12900 Hall Road, Suite 200
Sterling Heights, Michigan 48313
(586) 303-4139
Attorneys for Plaintiff
bwassom@wnj.com