**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN-N-OUT BURGERS,
a California corporation,

        Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS,
IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No. 1:25-cv-4767

Hon Jeffrey I. Cummings

---

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff In-N-Out Burgers ("INO"), by and through its attorneys, hereby requests that the Clerk enter default in this matter against Defendants 1-3—Unstd A, Unstd H, and Cute Children Shop—identified in the Amended Schedule A ("Defaulting Defendants") on the ground that Defaulting Defendants have failed to appear or otherwise respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

1. On December 1, 2025, Defaulting Defendants were served with the Summons and a copy of the First Amended Complaint via electronic communication (ECF No. 42), as authorized by this Court's order dated October 10, 2025 (ECF No 27).

2. The time allowed for Defaulting Defendants to respond to the Complaint has expired. Neither Plaintiff nor the Court has granted Defaulting Defendants an extension of time to respond to the First Amended Complaint, and Defaulting Defendants have failed to serve a copy of an Answer upon Plaintiff's attorney of record.

1

3.     INO is informed and believes that Defaulting Defendants are not considered infants or incompetent persons.

WHEREFORE, INO requests that the Clerk enter default, as authorized by Fed. R Civ. P. 55(a), against the Defaulting Defendants, listed as Defaulting Defendants in the Amended Schedule A, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:        February 11, 2026          By:     /s/ Brian D. Wassom

Brian D. Wassom (P60381)
WARNER NORCROSS + JUDD LLP
12900 Hall Road, Suite 200
Sterling Heights, Michigan 48313
(586) 303-4139
Attorneys for Plaintiff
bwassom@wnj.com

## CERTIFICATE OF SERVICE

I hereby state that on February 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

By: /s/ Denise A. Keilch
Denise A. Keilch

2