**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN-N-OUT BURGERS,
a California corporation,

       Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS,
IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No. 1:25-cv-4767

Hon Jeffrey I. Cummings

---

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO CERTAIN**
**DEFENDANTS**

Plaintiff In-N-Out Burgers ("INO"), by and through its attorneys, respectfully requests

entry of Default Judgment under Fed. R. Civ. P. 55 as to Defendants 1 and 2—Unstd A and Unstd

H—identified in the Amended Schedule A ("Defaulting Defendants"), based on Plaintiff's action

for trademark infringement, counterfeiting, and false designation of origin. A Memorandum of

Law in Support is filed concurrently with this Motion.

       Respectfully submitted,

Dated:      March 31, 2026

By:  /s/ Brian D. Wassom
     Brian D. Wassom (P60381)
     WARNER NORCROSS + JUDD LLP
     12900 Hall Road, Suite 200
     Sterling Heights, Michigan 48313
     (586) 303-4139
     Attorneys for Plaintiff
     bwassom@wnj.com

## CERTIFICATE OF SERVICE

I hereby state that on March 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

By: */s/ Denise A. Keilch*
Denise A. Keilch