**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN-N-OUT BURGERS,
a California corporation,

      Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS,
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No. 1:25-cv-4767

Hon Jeffrey I. Cummings

---

**ORDER OF VOLUNTARY DISMISSAL AND DISCHARGE OF SECURITY BOND**

Plaintiff In-N-Out Burgers ("Plaintiff") filed this action alleging trademark infringement and related claims against Defendants identified on Schedule A. The Court previously entered a Temporary Restraining Order ("TRO"), which authorized expedited discovery and asset restraints, and Plaintiff posted a bond pursuant to Federal Rule of Civil Procedure 65(c).

Plaintiff now seeks to dismiss the case as to all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A).

**IT IS HEREBY ORDERED:**

1. This action is dismissed without prejudice as to all Defendants identified on Schedule A.

2. All asset restraints and injunctive relief entered in this action are dissolved.

3. The bond previously posted by Plaintiff pursuant to Rule 65(c) is released and discharged, and the Clerk of Court is directed to return the bond to Plaintiff's counsel of record.

4. Each party shall bear its own fees and costs.

5. The Clerk of Court is directed to terminate this case.

Date: April 10, 2026

_____
United States District Judge